GRAY-ANDREWS CORPORATION, Respondent, v. LEASE BROS. MOTOR Co., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HARRY W. CORBIN, Appellant, v. MAE M. CORBIN, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PENNSYLVANIA BRAKE BEAM Co., Respondent, v. WILLIAM H. WALKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HELEN FAY PATERNO, Respondent, v. FRANCIS S. PATERNO, Appellant.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ESTELLE CARROLL, Respondent, v. HARRY CARROLL, Appellant.— Order modified by reducing counsel fee to $500 and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

J. ARON & Co., INC., Respondent, v. THE PIERCE COMPANY, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Appellant, Respondent, v. POSTAL LIFE INSURANCE COMPANY, Respondent, Appellant.— Order so far as appealed from by defendant modified by providing that the original order for examination be modified by striking out the paragraph thereof numbered " 7;" and so far as appealed from by the plaintiff reversed, but the order for examination in so far as it requires the production of records and papers is limited to those relating to defendant's action on plaintiff's request for its consent to sublet the premises. No costs to either party on these appeals. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALFRED B. ADAMS and Another, Appellants, v. MARCELLUS HARTLEY DODGE and SAMUEL F. PRYOR, Conducting or Heretofore Conducting Business under the Name of the REMINGTON ARMS-UNION METALLIC CARTRIDGE COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.